

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2019

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andrew Moody*, **19 Cr. 112 (RMB)**

Dear Judge Berman:

    The Government respectfully submits this letter jointly on behalf of both parties to request that the Court reschedule the status conference presently scheduled for May 15, 2019, at 11:00 a.m., for a time convenient to the Court on June 10, June 12 (except 2:30 p.m. to 3:30 p.m.), June 13 (except 2:30 p.m. to 3:30 p.m.), or June 14, 2019.

    Defense counsel has informed the Government that he is on trial in Bronx County Supreme Court and expects to be so engaged for the next three to four weeks, and that he would be grateful for additional time to participate in discussions with the Government about a potential pretrial resolution of this case.  Accordingly, the parties respectfully request that the status conference presently scheduled for May 15, 2019, at 11:00 a.m., be rescheduled for a time convenient to the Court on June 10, June 12 (except 2:30 p.m. to 3:30 p.m.), June 13 (except 2:30 p.m. to 3:30 p.m.), or June 14, 2019.

[intentionally left blank]

May 10, 2019
Page 2

      The Government also respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between May 15, 2019, and the date of the rescheduled status conference, to permit the defendant to continue reviewing the discovery produced by the Government, to permit the parties to continue engage in discussions about a potential pretrial resolution of the case, and to accommodate defense counsel's schedule.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: *Robert B. Sobelman*
      Robert B. Sobelman
      Assistant United States Attorney
      (212) 637-2616

cc:    Anthony Ricco, Esq. (by ECF)