USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - v. -

ANDREW MOODY,

               Defendant.

- - - - - - - - - - - - - - - - -X

**ORDER**

**19 Cr. 112 (RMB)**

     WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 29, 2019;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
           November 12, 2019

                           SO ORDERED:

                           HONORABLE RICHARD M. BERMAN
                           UNITED STATES DISTRICT JUDGE
                           SOUTHERN DISTRICT OF NEW YORK