

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

March 31, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andrew Moody*, 19 Cr. 112 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the sentencing presently scheduled for April 27, 2020, at 10:30 a.m., to a date and time convenient to the Court on or after June 1, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

    By: *Robert B. Sobelman*
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

cc:    Anthony Ricco, Esq. (by ECF)

---

*Application granted.*

*Sentencing adjourned to June 17, 2020 at 10:00 a.m.*

SO ORDERED:
Date: 4/2/2020   *Richard M. Berman*
    Richard M. Berman, U.S.D.J.