

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
BermanNYSDChambers@nysd.uscourts.gov

    Re:   *United States v. Andrew Moody*, **19 Cr. 112 (RMB)**

Dear Judge Berman:

    In connection with the Government's submission filed on April 5, 2020 (Dkt. No. 47), and in order to provide the Court with additional information regarding the defendant's recent medical status, the Government respectfully submits herewith a clinical encounter record for the defendant, dated April 12, 2020, and other recent medical records provided by the Metropolitan Detention Center. Due to the sensitive nature of the medical information set forth in the records, the Government will submit the attachments only by email, which the Government respectfully requests be filed under seal.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _/s/ Robert B. Sobelman_
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

cc:    Anthony Ricco, Esq. (by ECF)