UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                        **ORDER**

           -against-                                  19 CR. 112 (RMB)

ANDREW MOODY,

                           Defendant.
------------------------------------------------------------X

        Based upon the record herein, including the hearing held on April 14, 2020 (see transcript of proceedings held on April 14, 2020), the Court hereby recommends that the MDC in Brooklyn, New York continue to provide medical attention and treatment to Andrew Moody, Reg. No. 63901-054 for all of his medical symptoms and conditions, including any respiratory issues .

Dated: New York, New York
         April 15, 2020



                                             **RICHARD M. BERMAN, U.S.D.J.**

cc: Holly Pratesi, Esq.