UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    Docket. No.  19 Cr. 112 (RMB)

  - against -

ANDREW MOODY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**MOTION FOR A CONTINUANCE OF SENTENCING**  (*LETTER*)


                                              Anthony L. Ricco, Esq.
                                              Attorney For *Andrew Moody*
                                              20 Vesey Street, Suite 400
                                              New York, New York 10007
                                              (212) 791-3919




Steven Legon, Esq.
Of Counsel and on the Memorandum

# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

STEVEN Z. LEGON, ESQ - OF COUNSEL

June 4, 2020

BY ECF

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

> Motion granted. Sentence is adjourned to August 20, 2020 at 9:00 a.m. Defense sentencing submission is due August 6, 2020. Government sentencing submission is due August 13, 2020.
>
> SO ORDERED:
> Date: 6/4/2020
> Richard M. Berman, U.S.D.J.

      Re:  **United States v. Andrew Moody**,
           Docket No. 19 Cr. 112 (RMB)

Dear Judge Berman:

      The above case is presently scheduled for sentencing on June 17, 2020 pm.  This letter is submitted to request a continuance of sentencing to a date on or after August 20, 2020.  Andrew Moody requests a continuance of his sentencing on the grounds that a national emergency based upon a World Wide COVID-19 pandemic has prevented him from properly preparing for his sentencing.

      As the court is aware, as a result of the COVID-19 pandemic there has been extremely limited access to the detainees in the custody of the Bureau of Prisons.  Over the past several months the Bureau of Prison completely cancelled all attorney/client visits, and has only recently resorted extremely limited video conference meetings.  As a result, Andrew Moody and I have not had an opportunity to complete the review of the Presentence Investigation Report together, nor an opportunity to further develop the defense Sentencing Recommendation.  As result, Andrew Moody requests that the court continue his sentencing to August 20, 2020.

      Finally, I have advised A.U.S.A. Robert Sobelman of this application, and he has stated that the government does not have an objection.  Andrew Moody consents to the above application so that he has a meaningful opportunity to prepare a sentencing where he faces staggering sentencing guidelines.

      Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh
cc:  A.U.S.A.  Robert Sobelman  (By ECF)