**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                           19 CR. 112 (RMB)
   -against-

                                                                                          **ORDER**

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

       The sentencing previously scheduled for Thursday, August 20, 2020 at 9:00 AM is hereby rescheduled to Tuesday, August 25, 2020 at 9:00 AM.

Dated: July 29, 2020
       New York, NY

                                                            _____
                                                                 RICHARD M. BERMAN
                                                                      U.S.D.J.