UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  Docket. No. 19 Cr. 112 (RMB)

- against -

ANDREW MOODY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR A CONTINUANCE OF SENTENCING  (*LETTER*)

Application granted. Sentencing adjourned to Tuesday, October 27, 2020 at 9:00 AM.

SO ORDERED:
Date: 8/12/2020
Richard M. Berman, U.S.D.J.

Anthony L. Ricco, Esq.
Attorney For *Andrew Moody*
20 Vesey Street, Suite 400
New York, New York 10007
(212) 791-3919

Steven Legon, Esq.
Of Counsel and on the Memorandum

# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

STEVEN Z. LEGON, ESQ  - OF COUNSEL

August 11, 2020
BY ECF

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

                Re:  **United States v.  Andrew Moody**,
                    Docket No. 19 Cr. 112 (RMB)

Dear Judge Berman:

      The above case is presently scheduled for sentencing on August 25, 2020 pm.  This letter is submitted to request a further continuance of sentencing to a date on or after the first week in October 2020.  Again, Andrew Moody requests a continuance of his sentencing on the grounds that a national emergency based upon a World Wide COVID-19 pandemic has prevented him from having an opportunity to complete the review of his Presentence Report with Counsel, and to complete the defense sentencing recommendation.

      As the court is aware, as a result of the COVID-19 pandemic there has been extremely limited access to the detainees in the custody of the Bureau of Prisons.  Over the past five months the Bureau of Prison completely cancelled all attorney/client visits, and has only recently resorted extremely limited video conference meetings.  As a result, Andrew Moody and I have not had an opportunity to complete the review of the Presentence Investigation Report together, nor an opportunity to further develop the defense Sentencing Recommendation.  As result, Andrew Moody requests that the court continue his sentencing to a date on or after October 5, 2020.

The defense Bar has been notified, that we can expect in person attorney visitation to resume at the Bureau of Prisons' facilities within the next several weeks. Every effort will be made to safely resume meetings with Andrew Moody, so that our important work can continue.

Finally, I have advised A.U.S.A. Robert Sobelman of this application, and he has stated that the government does not have an objection. Andrew Moody consents to the above application so that he has a meaningful opportunity to prepare for sentencing.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco

ALR/jh
cc:  A.U.S.A.  Robert Sobelman  (By ECF)