# ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
—
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

STEVEN Z. LEGON
*Of Counsel*

> Sentencing adjourned to Thursday, January 14, 2021 at 9:00 AM.
>
> SO ORDERED:
> Date: 11/30/2020
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

November 27, 2020

BY E.C.F.
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Andrew Moody*, Docket No. 19 Cr. 112 (RMB)

Dear Judge Berman:

Defense counsel respectfully submits this letter motion requesting that the sentencing of the defendant, Andrew Moody, which is presently scheduled for Thursday, December 10, 2020, be adjourned to a date in late January 2021, or thereafter, which is convenient with the court.

This application is being made as a result of the resurgence of the Covid-19 pandemic, which has caused the suspension of trials and difficulties at the jail, and has served to prevent defense counsel from meeting with the defendant, Andrew Moody, in-person at MDC Brooklyn prior to sentencing.

Additionally, in light of the seriousness of the offense, the defendant's exposure, and the prospective sentence in this case, Andrew Moody requests that he be sentenced in-person, rather than by video or teleconference.

The government has been informed of defense counsel's intention to make this application, and has indicated that it has no objection.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

cc:   A.U.S.A. Robert Sobelman (By E.C.F.)