**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

19 CR. 112 (RMB)

**ORDER**

To: Metropolitan Detention Center (U.S. Bureau of Prisons)

Att: Nicole McFarland, Legal Counsel

     Kindly provide the Court with a copy of Andrew Moody's BOP medical records as soon as possible. Thanks.

Dated: February 17, 2021
       New York, NY

                                              RICHARD M. BERMAN
                                                  U.S.D.J.