# ANTHONY L. RICCO
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

STEVEN Z. LEGON, ESQ - OF COUNSEL

March 30, 2021

BY ECF

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/21
```

Re: **United States v. Andrew Moody**,
Docket No. 19 Cr. 112 (RMB)

Dear Judge Berman:

The above case is presently scheduled for sentencing on April 5, 2021 at 9:00 am. This letter is submitted unfortunately to request a further continuance of the sentencing for Andrew Moody to a date convenient to the court on or after May 27, 2021.

Andrew Moody's request for a continuance of his sentencing is again based on the grounds that the COVID-19 pandemic has prevented him from having a reasonable opportunity to complete the review of his Presentence Investigation Report with counsel, and to complete the defense sentencing recommendation. As a result of the restrictions imposed by COVID-19 pandemic we have been unable to complete preparation for sentencing.

The backlog and pressures have been far greater than anticipated, resulting in extraordinary delays. The continued uptake in the spread of the COVID-19 infections has drastically impaired defense counsel's ability to effective communicate with defendants and, in the case of Andrew Moody, so that he may complete his preparation for sentencing.

As result, Andrew Moody requests that the court continue his sentencing for an in court

sentencing to a date on or after May 27, 2021.

Finally, I have advised A.U.S.A. Robert Sobelman of this application, and he has stated that the government does not have an objection to the defense request to grant a continuance of the sentencing. Andrew Moody consents to the above application so that he has a meaningful opportunity to prepare for sentencing. Andrew Moody requests his right to be present for sentencing pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh
cc: A.U.S.A. Robert Sobelman (By ECF)

---

Sentence is adjourned to June 1, 2021 at 11:00 am. Defense submission is due May 11, 2021. Government submission is due May 18, 2021.

SO ORDERED:
Date: 3/30/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.