**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

    -against-

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

10 CR. 1160 (RMB)
19 CR. 112 (RMB)

**<u>ORDER</u>**

The sentencing proceeding previously scheduled for Tuesday, July 20, 2021 is hereby rescheduled to Tuesday, September 28, 2021 at 9:00 AM.

Dated: July 16, 2021
      New York, NY

                                            RICHARD M. BERMAN
                                                U.S.D.J.