Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **October 15, 2021**

Caption:

United States of America v.

Andrew Moody

Docket No.: 19 Cr. 112 (RMB)

Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that __Andrew Moody__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on __October 6, 2021__
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |✓| trial |___| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: __October 6, 2021__ N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed |___| N/A |___|

Appellant is represented by counsel? Yes ✓ | No |___| If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Anthony L. Ricco, Esq. |
| Counsel's Address: | 20 Vesey Street, Suite 400 |
| | New York, New York 10007 |
| Counsel's Phone: | (212) 791-3919 |
| Assistant U.S. Attorney: | AUSA Robert Sobelman |
| AUSA's Address: | One St. Andrew |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2200 |

_____
Signature