UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

ANDREW MOODY,

              Defendant.
-----------------------------------------------------------X

**ORDER**

19 **CR.** 112 (RMB)

By Mandate issued on May 16, 2024, this case has been remanded for resentencing with respect to the term of supervised release imposed (currently 5 years).

Counsel for the Defendant and Government may make written submissions (or a joint submission) by May 30, 2024 regarding the resentencing of the supervised release term and the proposed procedure the parties request the Court follow in imposing the new term of supervised release.

Dated: New York, New York
       May 21, 2024

                                                               RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/24